Hand-Delivered

FILED
ASHEVILLE, N.C.

NOV 0 3 2017

U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:17mj134 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO UNSEAL** |
| GERALDO LUNA CRUZ | ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced case be unsealed.

This the 3rd day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE